UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/24____

VALENCIA BOONE,

                            Plaintiff,

            -v-

RIVERBAY CORP.,

                            Defendant(s).

**ORDER**

24-CV-1263 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated November 8, 2024, this case was referred to me for settlement.  As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive.  The parties should propose several dates after December 9 and are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 12, 2024
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge