```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___3/27/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALENCIA BOONE,

                    Plaintiff,

          -against-

RIVERBAY CORP.,

                    Defendant.

---

24-CV-01263 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

It is hereby ORDERED that the close of fact discovery shall be extended to **May 2, 2025**, to allow for the deposition of Ms. Cooper, scheduled for April 28, 2025, as discussed and for the reasons stated at the March 14, 2025 conference.

Accordingly, it is further ORDERED that the discovery schedule shall be as follows:

- Pre-motion letters regarding summary judgment shall be due no later than **May 16, 2025**;
- If no party files a pre-motion letter, the parties' joint letter shall be due no later than **May 23, 2025**;
- The post-fact-discovery conference currently scheduled for May 6, 2025 shall be ADJOURNED to **Tuesday, May 27, 2025, at 9:30 a.m.**, and shall be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007; and
- The close of expert discovery shall remain **May 30, 2025**.

Dated: March 27, 2025
          New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge